PROB 34  
(Rev. 5/01)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

*District of the Northen Mariana Islands*

F I L E D  
Clerk  
District Court

SEP 1 2 2006

For The Northern Mariana Islands  
By_____  
(Deputy Clerk)

UNITED STATES OF AMERICA

v.

DELBERT R. SABLAN

CRIMINAL CASE NO. 01-00018-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **July 24, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ  
Chief U.S. Probation Officer

By: _____  
MELINDA N. BRUNSON  
U.S. Probation Officer

Reviewed by:

_____  
ROSSANNA VILLAGOMEZ-AGUON  
U.S. Probation Officer  
Supervision Unit Leader

cc: AUSA  
    Defense Counsel  
    U.S. Probation Office, District of Oregon  
    File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __12TH__ day of ~~August~~ September 2006.

_____  
Honorable Alex R. Munson  
Chief Judge  
U.S. District Court for the  
Northern Mariana Islands